# Court of Appeals
# of the State of Georgia

ATLANTA,  July 27, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1854.  MARCUS FELDMAN v. THE STATE.**

In 2003, Marcus Feldman was convicted by a jury of one count of armed robbery and three counts of false imprisonment.  Feldman's convictions were affirmed on appeal.  See *Feldman v. State*, 282 Ga. App. 390 (638 SE2d 822) (2006).  In May 2016, Feldman filed a motion to modify sentence, which the trial court denied on October 24, 2016.  Feldman then filed his notice of appeal from that decision on December 27, 2016.  We, however, lack jurisdiction.

Pretermitting whether Feldman has a right of direct appeal from the trial court's order, we lack jurisdiction because his appeal is untimely.  Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days after entry of the order to be appealed.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Veasley v. State*, 272 Ga. 837, 838 (537 SE2d 42) (2000).  Here, Feldman filed his notice of appeal 64 days after the trial court entered its order.  Accordingly, his appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
       Clerk's Office, Atlanta,  07/27/2017
       *I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
       *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , Clerk.